**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**HENRY MOUNSON**

      **Plaintiff,**

**v.**

**ROGER E. WALKER, Jr, et al.,**

      **Defendants.**                        **Case No. 08-cv-760-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

Before the Court is Plaintiff's Motion for Extension of Time (Doc. 85) to file a Response to the Court's Report and Recommendations ("R&R") (Doc. 80). Plaintiff, acting *pro se*, explains that he is being delayed in filing his objections, although he does tend to file them, due to restricted access to both his case materials and the law library.  Further, Plaintiff explains that he needs time to find someone to assist in the preparation of his objections (the person who had been helping him previously is no longer able to do so), plus additional time to prepare them.

Therefore, for good cause, Plaintiff seeks an extension of time to find someone to help him plus an additional 30 days thereafter in which to file his objections.  Plaintiff's Motion (Doc. 85) is **GRANTED**, in that Plaintiff is hereby

allowed until **June 7, 2010** to file his Objections to the R&R (Doc. 80).

        **IT IS SO ORDERED**.

        Signed this 5th day of April, 2010.

                 /s/  DavidRHerndon

                **Chief Judge**
                **United States District Court**