UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HENRY MOUNSON,

    Plaintiff,

  v.

ROBERT E. WALKER, JR. *et al.*,

    Defendants.

Case No. 08-cv-760-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: February 15, 2011**    NANCY J. ROSENSTENGEL, Clerk of Court

**s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**