UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HENRY MOUNSON,

    Plaintiff,

v.

ROBERT E. WALKER, JR. *et al.*,

    Defendants.

Case No. 08-cv-760-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Henry Mounson's motion for leave to appeal *in forma pauperis* (Doc. 151) in his appeal of the Court's February 15, 2011, order and judgment (Docs. 145 & 146) dismissing this case for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a).

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); Fed. R. App. P. 24(a)(3)(A). A frivolous appeal cannot be made in good faith. *Lee v. Clinton*, 209 F.3d 1025, 1026-27 (7th Cir. 2000). The test for determining if an appeal is in good faith or not frivolous is whether any of the legal points are reasonably arguable on their merits. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (citing *Anders v. California*, 386 U.S. 738 (1967)); *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000).

The Court is satisfied from Mounson's affidavit that he is indigent. However, after reviewing the case, the Court has determined that the legal points Mounson might raise on appeal are not reasonably arguable on their merits. It is clear that Mounson failed to exhaust his administrative remedies for the claim brought in this case before he filed his complaint. Accordingly, the Court **CERTIFIES** that this appeal is not taken in good faith and **DENIES** Mounson's motion for leave to appeal *in forma pauperis* (Doc. 151).

**IT IS SO ORDERED.**
**DATED: March 4, 2011**

                                    s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**