UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HENRY MOUNSON,

    Plaintiff,

v.

ROBERT E. WALKER, JR. *et al.*,

    Defendants.

Case No. 08-cv-760-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Henry Mounson's "Motion to Show Plaintiff Arguable Merits" (Doc. 159), which the Court construes as a renewed motion for leave to proceed on appeal *in forma pauperis*. The Court denied Mounson's original motion (Doc. 151), so this motion should have been directed to the Court of Appeals pursuant to Federal Rule of Appellate Procedure 24(a)(5). Accordingly, the Court **DIRECTS** the Clerk of Court to **TRANSFER** this motion to the Court of Appeals for the Seventh Circuit for consideration in connection with Appeal No. 11-1403.

**IT IS SO ORDERED.**
**DATED: March 11, 2011**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**